EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
| Extensión de términos por motivo de concesión del día 30 de diciembre de 2022 sin cargo a licencia | 2022 TSPR 151 <br><br> 211 DPR ___ |

Número del Caso: EM-2022-09

Fecha: 21 de diciembre de 2022

Materia: Extensión de términos por motivo de concesión del día 30 de diciembre de 2022 sin cargo a licencia.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Extensión de términos por motivo
de concesión del día 30 de
diciembre de 2022 sin cargo a
licencia

EM-2022-09

RESOLUCIÓN

En San Juan, Puerto Rico, a 21 de diciembre de 2022.

La Jueza Presidenta, Hon. Maite D. Oronoz Rodríguez, emitió la Orden Administrativa OAJP-2022-105, de 20 de diciembre de 2022, mediante la cual concedió el día 30 de diciembre de 2022 libre, sin cargo a licencia alguna.

Como resultado de lo anterior, y al amparo de nuestra facultad para reglamentar los procedimientos judiciales, al computar los términos en las distintas leyes, reglas o reglamentos a los procedimientos y trámites judiciales de los casos y asuntos a celebrarse en todas las Regiones Judiciales, se aplicará lo dispuesto en los artículos 388 y 389 del Código Político de 1902, 1 LPRA secs. 72 y 73, por lo que se considerará el 30 de diciembre de 2022 como día feriado. Cualquier término que venza durante ese día, se extenderá al día laborable siguiente.

Se ordena la difusión pública inmediata de esta Resolución.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina.

María I. Colón Falcón
Secretaria del Tribunal Supremo Interina